UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 05 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GLEN SCOTT MILNER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, <br><br> Defendant - Appellee. | No. 07-36056 <br><br> D.C. No. CV-06-01301-JCC <br> U.S. District Court for Western Washington, Seattle <br><br> **MANDATE** |

The judgment of this Court, entered May 11, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk